IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE:                                     CASE NO. 18-50233

MYRON S. LUCAN                  CHAPTER 13

    DEBTOR                              JUDGE ALAN M. KOSCHIK

**MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION**

_____

The Debtor, Myron S. Lucan, by and through his attorney, Andrew M. Korduba, hereby moves this court to modify his Chapter 13 plan as follows:

1. The Debtor's Chapter 13 plan presently calls for him to pay $1,477.00 per month to the Trustee for 60 months, which is 100% to unsecured creditors.

2. Creditor OneMain has filed a claim in the amount of $9,315.45, being claim no. 1. This claim is for a secured title loan against Debtor's vehicle at an interest rate of 25%.

3. Under the proposed modified Chapter 13 plan, Debtor would increase his plan payment to $1,673 per month for the remainder of his Plan and thereby pay **the full claim** of creditor, OneMain, through the Plan, together with interest at the rate of 6.5% as mandated by In re Till, 541 U.S. 465,124 S Ct.1951

4. The modified plan would still provide 100% to unsecured creditors.

WHEREFORE, Debtor prays that he be permitted to amend his plan pursuant to 11 U.S.C. §1329.

Respectfully submitted,

/s/ Andrew M. Korduba
Andrew M. Korduba #0069786
Attorney for Debtor
669 W. Liberty St.
Medina, Ohio 44256
(330) 725-3636 Phone
(330) 725-3638 Fax
amkbankruptcy@yahoo.com

# NOTICE

**Pursuant to LBR 9013-3 Notice is hereby given that any response or objection must be filed within twenty-one (21) days, or such other time as specified by applicable Federal Rule of Bankruptcy Procedure or statute as the Court may order, and that the Court is authorized to grant the relief requested without further notice unless a timely objection is filed.**

Certificate of Service

I certify that on June 12, 2018, a true and correct copy of the foregoing was served:
Via the court's electronic filing system on these entities and individuals who are listed on the Court's Electronic Mail Notice list:

Office of the United States Trustee
** electronic notification**

Keith L. Rucinski, Trustee
krucinski@ch13akron.com

Stephen R. Franks, Esq.
** electronic notification**

And by regular U.S. mail, postage prepaid, on:

OneMain
PO Box 3251
Evansville, IN 47731-3251

Myron S. Lucan
308 Sheri Drive
Brunswick, OH 44212

                                                /s/ Andrew M. Korduba
                                                Andrew M. Korduba
                                                Attorney for Debtor

# NOTICE OF MOTION TO MODIFY CHAPTER 13 PLAN

The Debtor(s) have filed papers with the Court to modify their Chapter 13 plan after confirmation. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not want the court to grant the modification, or if you want the court to consider your views on the motion, then on or before **July 3, 2018** you or your attorney must file with the court a written request for a hearing and a written answer explaining your position at the office of the Clerk of Bankruptcy Court, 455 U.S. Courthouse, 2 South Main Street, Akron, Ohio 44308. If you mail your request to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.

You must also mail a copy to:

| **Debtor's Attorney** | **Chapter 13 Trustee** |
|---|---|
| Andrew M. Korduba | Keith L. Rucinski |
| 669 W. Liberty St. | One Cascade Plaza, Ste. 2020 |
| Medina, Ohio 44256 | Akron, Ohio 44308 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: June 12, 2018                    /s/ Andrew M. Korduba
                                        Andrew M. Korduba #0069786
                                        669 W. Liberty St.
                                        Medina, Ohio  44256
                                        (330) 725-3636 Phone
                                        (330) 725-3638 Fax
                                        amkbankruptcy@yahoo.com
                                        Attorney for Debtor